**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| STEPHANI S. BUERGER<br>607 EUCLID AVE.<br>MOBILE, AL 36606<br>251-545-5546 )<br><br>V.<br><br>FEDERAL BUREAU OF INVESTGATION<br>935 PENNSLYVANIA AVE. NW<br>WASHINGTON, D.C.<br>202-324-3000 | )<br>)<br>)<br>)<br>)<br>)<br>CIVI<br>)<br>)<br>)<br>)<br>) | CASE NUMBER   1:05CV02004<br><br>JUDGE: Gladys Kessler<br><br>DECK TYPE: FOIA/Privacy Act<br><br>DATE STAMP: 10/7/2005 |

## COMPLAINT

I have been unable to obtain a copy of information in my background in adherence to the

**FREEDOM OF INFORMATION ACT, 5 U.S.C. SECTION 552.** The information has no

SID or FBI number and no information as to what it pertains to or why it is there. This does affect

any kind of employment not only federal employment. My perfected FREEDOM OF

INFORMATION ACT enactment was received on August 10, 2005, at another location and sent

to the above bureau. I was informed by the Clarksburg, WV bureau on the telephone that all

FOIA'S are sent to the above address. On September 9, 2005, I sent a brief note of inquiry with

a second copy of the enactment to the Clarksburg, WV bureau. It has been thirty-five working

days excluding weekends and holidays. The agency did not inform me before the deadline that

they would not disclose the information or perhaps needed more time to process my request. I

have received no information from either of the bureaus.


RECEIVED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Title 5, Section 552a, (6)(A)(1), (2), (3), (i), (ii), (6)(B), (i), (ii), (iii), (6)(C)

Relief Requesting from the Court: I am not seeking monetary relief from the defendant. I order the court to enjoin the agency and to order production of a copy of this external, internal or erroneous information in my background by law, using Title 5, Section 552a, (4)(A)(B), and the above statutes. I ask the Court to order and assist the agency in removal of this information from my background with continued efforts on behalf of the agency to locate and search for evidence or the source of the problem. I ask that the court order the agency to pay this filing fee and report and notify the court of any evidence or source of the problem. I ask the court to protect the job of the Mobile based FBI agent who informed me and to seal the date and time of our call from the agency permanently. I was not successful in obtaining a copy of the information by calling the Mobile

based Federal Bureau of Investigation in 2003 or 2004. Job Big Heads. The attitude was one of you are better than I. "You are crazy and no I can not look up your background." "No agent here gave you background information". I worked for Ross Perot with EOS/GM. I was asked to become a Security Engineering Officer for your government. No, thanks FBI, I will provide my own protection the same as the past. Check out the facts in the future.

September 27, 2005
Date

Stephanie S. Buerger
Signature pro se

607 Euclid Ave.
Mobile, AL 36660
Address

3