# Freedom of Information Act Request

Friday August 5, 2005

U.S. Department of Justice
Federal Bureau of Investigation
1000 Custer Hollow Road
Clarksburg, WV 26306-0001
Attn: Patricia Harris, Management Analyst

Under the Freedom of Information Act, 5 U.S.C. Section 552, I am requesting a copy of what I believe may be erroneous information in the FBI Report of my background. I applied for federal employment with the Army as a civilian in 2003. I had never checked my background. A brief conversation with an FBI agent in Mobile, Al revealed that my background was fine except for the FBI report. It had no FBI or SID # and contained one word "LABOR". The agent said it was very strange. Another agent recently, told me it does affect federal employment and to request a copy of this document. The court will decide how this will be removed.

If there are any fees for copying or searching for the record please, let me know before you fill my request.

To assist you in the FBI Report search this is the information I gave the agent who did my background check on the telephone in October of 2003. It was found in five minutes.

Stephani S Buerger, female S.S.# 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
DOB: 12/14/52
Address: 1700 Dauphin St. #J
         Mobile, AL 36604
Telephone: 251-545-9225
AL DL# 6099224
Mother's maiden name: Goodwin
Father's name: Dale W. Buerger

The above information led the agent to the word "LABOR".

I would have never known if it weren't for that agent and I am thankful for that person.

If you have any questions about handling this request, you may telephone me at cellular home phone at 251-545-5546 with voicemail.

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If, you deny all or any part of this request please, cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under law.

Sincerely,

*Stephani S Buerger*

Stephani S Buerger
607 Euclid Ave.
Mobile, AL 36606

STATE OF ALABAMA
COUNTY OF MOBILE

ON THIS __5__ DAY OF __August__, 2005, BEFORE ME, THE UNDER-SIGNED NOTARY, PERSONALLY APPEARED __Stephani S B__ PERSONALLY KNOWN TO ME ( OR PROVED TO ME THROUGH GOVERNMENT ISSUED DOCUMENTARY EVIDENCE IN THE FORM OF __Driver License__ ( OR PROVED TO ME ON THE OATH OF AFFIRMATION OF _____, WHO IS PERSONALLY KNOWN TO ME, ) TO BE THE PERSONS (S) WHOSE NAME (S) (IS) (ARE) SIGNED ON THE PRECEDING OR ATTACHED DOCUMENT, AND ACKNOWLEDGED TO ME THAT HE OR SHE ( THEY SIGNED IT VOLUNTARILY FOR ITS STATED PURPOSE.

_____
NOTARY

MY COMMISSION EXPIRES: _____

2

\* Note for Honorable Judge

I relate "Labor" to Civil Action # 05-1664-GK. I do not have any evidence to prove it. I am hoping with appeal tape evidence and a case filed in Court of Appeal may reveal this fact.

I need to be informed by mail or telephone the status of this case. I do not have use of a computer at this time. Our libraries were severely damaged in Hurricane Katrina. Clerk may call collect using my Sprint provider or send any copies by mail.

1-251-545-5546   Tele. #.