United States District Court
For The District of Columbia

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stephani S. Buerger
607 Euclid Ave.
Mobile, AL 36660
251-545-5546

v.

Federal Bureau of Investigation
935 Pennsylvania Ave. N.W.
Washington, D.C. 20535
202-324-3000

Motion to SHOW CAUSE

CASE NUMBER  1:05CV02004
JUDGE: Gladys Kessler
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 10/?/2005

## Motion

This information is provided by General Services Administration and the Department of Justice Washington, D.C.

RECEIVED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Text of the Freedom of Information Act"

Title 5 Section 552a

(G) In the event of noncompliance with the order of the court, the district court may punish for contempt the responsible employee, and in the case of a uniformed service, the responsible member.

(5) Each agency having more than one member shall maintain and make available for

4

1 of 4

public inspection a record of the final votes of each member in every agency proceeding.

(6)(A) Each agency, upon any request for records made under paragraph (1), (2), or (3) of this subsection, shall —

(i) determine within ten days (excepting Saturdays, Sundays and legal public holidays) after receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination; and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination; and

(ii) make a determination with respect to any appeal within twenty-days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of such appeal. If on appeal the denial of the request for records is in whole or in part upheld, the agency shall notify the person making such request for records is in whole or in part upheld, the agency

(ii) contd.

shall notify the person making such request of provisions for judicial review of that determination under paragraph (4) of this subsection.

(B) In unusual circumstances as specified in this subparagraph, the time limits prescribed in either clause (i) or clause (ii) of subparagraph (A) may be extended by "**written notice**" to the person making such request setting forth the reasons for such extension and the date on which a determination is expected to be dispatched. No such notice shall specify a date that would result in an extension for more than ten working days. As used in this subparagraph, "unusual circumstances" means, but only to the extent reasonably necessary to the proper processing of the particular request —

(C) Any person making a request to any agency for records under paragraph (1), (2), or (3) of this subsection shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time

3 of 4

(c) contd.

limit provisions of this paragraph. contd.

Title 5, Section 552a

(1) Each agency shall separately state and currently publish in the Federal Register for guidance of the public —

(2) Each agency, in accordance with published rules, shall make available for public inspection and copying —

(3) Except with respect to the records made available under paragraphs (1) and (2) of this subsection, each agency, upon any request for records which (A)(B) shall make records promptly available to any person.

This show cause motion is handwritten.

September 27, 2005
Date

Stephanie S. Buerger
Signature pro se

Address 607 Euclid Ave
Mobile, AL 36660

4 of 4