United States District Court
For The District of Columbia

**FILED**
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stephani S. Buerger )         Motion To Seal
607 Euclid Ave. )
Mobile, AL 36660 )            CASE NUMBER 1:05CV02004
251-545-5546 )                JUDGE: Gladys Kessler
 v. )                         DECK TYPE: FOIA/Privacy Act
                              DATE STAMP: 10/?/2005

Federal Bureau of Investigation FOIA/PA )
935 Pennsylvania Ave., N.W. )
Washington, D.C. 20535 )
202-324-3000 )

## Motion

I Stephani S. Buerger, motion the court to seal all personal identification numbers such as Social Security number, driver's license number, date of birth, father's name, mother's maiden name and including account numbers. Seal date and time of telephone call with Mobile based FBI agent,

RECEIVED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

9/27/05 Date

Signature: Stephani S. Buerger, pro se
Address: 607 Euclid Ave.
Mobile, AL 36660