

**Store:**
ODS02301
1500 Government St
Mobile, AL 36604-2006
(251)470-8668

Employee: ODS02301 Office Depot

**Customer Information:**
Stephani Buerger
607 Euclid Ave.
Mobile, AL 36606
Telephone: (251)545-5546

Ship Date: 8/5/2005

| SKU | Description | Price | Recipient Information |
|---|---|---|---|
| 0037368100007501 | UPS Ground<br>SKU:373681<br>Declared Value: $0.00<br>Trk #:1ZF109060300004323<br>Actual WT: 0.13 LBS<br>Zn: 5<br>Delivery Date: 08/10/2005<br>Content: legal documents | $7.50 | U S Department of Justice<br>Federal Bureau of Investigatio<br>Attn: Head of Department<br>1000 Custer Hollow Road<br>CLARKSBURG, WV 26306-0001 |

**Total $7.50**

## IMPORTANT INFORMATION REGARDING
## PACKING SHIPPING PROGRAM

- I understand Office Depot will not be liable for damage to parcels improperly packed. Packing guidelines are available upon request at the shipping counter.
- I declare that the value of my parcel does not exceed $100 unless otherwise stated on this receipt and the appropriate fee has been paid.
- All claims for lost or damaged parcels must be made at the same Office Depot location that shipped the parcel.
- To ensure your packages are shipped your receipt must be validated when you pay and returned to the Copy Center.

Customer Signature

Your package can be tracked online at www.UPS.com

1-800-742-5877
8/10/05 9:57 am
Receiving Dock signed:
Wagner, R.J.

05 2004

**FILED**

OCT - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Friday, August 05, 2005 16:21:39 PM

 **Sprint.**

**Individual Charges**

**Sprint PCS®**

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| STEPHANI BUERGER | 0126485339-4 | Oct. 14 - Nov. 13 | Nov. 14, 2003 | 5 of 9 |

 Individual Charges for **STEPHANI BUERGER** (continued)
**251-545-9225**

*No FBI #*
*No SID # ABI*

**Voice Call Detail** *Agent Mobile-Federal Bureau of Investigation*

| # | Date | Time | Phone Number | Call Destination | Rate/Type | Minutes Used | Airtime Charges | LD/Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 10/15 | 8:48 PM | 251-209-1808 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 17 | 10/15 | 9:25 PM | 251-478-9545 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 18 | 10/16 | 8:01 AM | 251-461-0800 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 19 | 10/16 | 8:29 AM | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 20 | 10/16 | 9:03 AM | 800-275-8777 | 800 Svc | | 5.0 | included | 0.00 | 0.00 |
| 21 | 10/16 | 1:34 PM | 251-461-0800 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 22 | 10/16 | 2:00 PM | 800-361-4524 | 800 Svc | | 4.0 | included | 0.00 | 0.00 |
| 23 | 10/16 | 2:04 PM | 251-665-3400 | Mobile, AL | | 44.0 | included | 0.00 | 0.00 |
| 24 | 10/16 | 3:02 PM | 800-392-8019 | 800 Svc | | 17.0 | included | 0.00 | 0.00 |
| 25 | 10/17 | 12:06 AM | 251-438-3674 | Mobile, AL | | 19.0 | included | 0.00 | 0.00 |
| 26 | 10/18 | 1:03 PM | *4 | *4 | | 1.0 | included | 0.00 | 0.00 |
| 27 | 10/18 | 2:08 PM | 251-470-0788 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 28 | 10/18 | 2:29 PM | 251-476-0720 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |
| 29 | 10/18 | 6:37 PM | 251-366-3333 | Mobile, AL | | 16.0 | included | 0.00 | 0.00 |
| 30 | 10/18 | 6:53 PM | 251-366-3333 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 31 | 10/19 | 2:23 PM | 251-545-9225 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 32 | 10/20 | 10:40 AM | 251-545-9225 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 33 | 10/20 | 10:41 AM | 251-473-0373 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 34 | 10/20 | 5:44 PM | 251-208-7078 | Mobile, AL | | 5.0 | included | 0.00 | 0.00 |
| 35 | 10/20 | 8:03 PM | 334-242-7100 | Montgomery, AL | | 2.0 | included | 0.00 | 0.00 |
| 36 | 10/20 | 8:43 PM | 251-366-3333 | Mobile, AL | | 2.0 | included | 0.00 | 0.00 |
| 37 | 10/20 | 9:32 PM | 251-470-0788 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 38 | 10/20 | 9:46 PM | 703-607-4432 | Alexandria, VA | | 2.0 | included | 0.00 | 0.00 |
| 39 | 10/21 | 3:59 PM | 251-342-8208 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 40 | 10/21 | 9:49 PM | 251-450-0100 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 41 | 10/21 | 11:53 PM | 251-478-9545 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 42 | 10/23 | 1:39 PM | 800-337-3050 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 43 | 10/23 | 1:43 PM | 800-337-3050 | 800 Svc | | 2.0 | included | 0.00 | 0.00 |
| 44 | 10/23 | 1:46 PM | 888-532-6774 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 45 | 10/23 | 1:47 PM | 800-379-7999 | 800 Svc | | 8.0 | included | 0.00 | 0.00 |
| 46 | 10/23 | 2:02 PM | 800-379-7999 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 47 | 10/23 | 2:03 PM | 800-379-7999 | 800 Svc | | 6.0 | included | 0.00 | 0.00 |
| 48 | 10/23 | 2:10 PM | 251-340-8089 | Mobile, AL | | 3.0 | included | 0.00 | 0.00 |
| 49 | 10/23 | 2:12 PM | 251-648-0121 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |
| 50 | 10/23 | 2:13 PM | 800-379-7999 | 800 Svc | | 4.0 | included | 0.00 | 0.00 |
| 51 | 10/23 | 2:39 PM | 800-645-9242 | 800 Svc | | 6.0 | included | 0.00 | 0.00 |
| 52 | 10/24 | 10:53 AM | 251-476-0720 | Mobile, AL | | 4.0 | included | 0.00 | 0.00 |
| 53 | 10/24 | 10:57 AM | *4 | *4 | | 1.0 | included | 0.00 | 0.00 |
| 54 | 10/25 | 6:18 PM | 520-533-8157 | F.thuachuca, AZ | | 2.0 | included | 0.00 | 0.00 |
| 55 | 10/25 | 7:01 PM | 850-857-1070 | Pensacola, FL | | 19.0 | included | 0.00 | 0.00 |
| 56 | 10/26 | 12:49 AM | 800-555-1212 | 800 Svc | | 1.0 | included | 0.00 | 0.00 |
| 57 | 10/26 | 12:52 AM | 411 | Dir. Asst | | 3.0 | included | 1.25 | 1.25 |
| 58 | 10/26 | 12:56 AM | 251-545-9225 | Mobile, AL | | 1.0 | included | 0.00 | 0.00 |

Friday Sept. 9, 2005

I have received no response to my FOIA Request. Is there a reason for this lengthy delay?

Sincerely,
Stephani Buerger

# ANSWER 1.0

ANSWER    Online-Help    LogOff

Answer Home | Applicant Info | Answer Mail

Resume Status | Referral Preferences | Jobs applied | View Resume | View Supplemental Data    **SBUERGER**

View Self Nom Rcvd | View Status

The "+" sign on the left of the announcement numbers indicates that you can expand the information. Click on the "+" sign to open and view all your statuses associated with one announcement number. Click the "-" to close the details of your status for announcement. If there is no "+" or "-" on the left of the announcement, only one available status exists.

### Tracking History (latest status of the jobs for which you requested consideration)

Stephani Buerger

| Announcement | Status | Position | Location | Organization |
|---|---|---|---|---|
| 03AUG9EJHSEDXX370346 | 10/6/2003 - As a non-status applicant, you are ineligible to apply for this position | ELECTRONICS ENGINEER, GS - 0855 - 13 | FORT HUACHUCA / COCHISE / ARIZ | CECOM |

Army Nomination
West Civilian Operations Personnel Center    Fort Huachuca, AZ
Confirmed by: Donna Sullender, Manager
Personnel    520-533-5735 Tele #
I did not apply for this position
Non Status: U.S. Citizen, Civilian

Federal Job Line sent Civilian Army Position Vacancy announcements.
I applied for 2 other job openings

https://cpsrxtp.belvoir.army.mil/staffing/answer/online/apps/tab2c.asp



# *RESUME KIT*
# *FOR CIVILIAN JOBS IN THE*
# *U.S. ARMY*
# *WEST REGION*

DEPARTMENT OF THE ARMY
WEST CIVILIAN PERSONNEL OPERATIONS CENTER
ATTN: DAPE CP W CFB (RESUMIX)
2133 Cushing St Rm 1614
FORT HUACHUCA, AZ  85613-7076

Web site: http://cpolrhp.belvoir.army.mil/west

14 March 2003

SUPERSEDES ALL PREVIOUS EDITIONS


WEST Region

## Privacy Act Information

The Office of Personnel Management (OPM) is authorized to rate applicants for Federal jobs under Sections 1302, 3301, and 3304 of Title 5, US Code. Section 1104, Title 5, allows OPM to authorize other Federal agencies to rate applicants for Federal jobs. Information you include on your resume is needed to determine how well your education and work experience qualifies you for Federal positions being recruited within the West Region. Your citizenship and military service information is requested so that a preliminary decision can be made as to whether or not you may be employed by the Federal Government. If selected for a Federal position serviced by the West Region, documentation will be required to verify your eligibility for employment. Your social security number (SSN) is required to keep your records separate from other applicants who may have the same name and date of birth. Your SSN may also be used to request information about you from schools, employers, and others who know you. This information will only be requested as allowed by law or Presidential directives. Information you provide may also be given to Federal, State and local agencies when it is required to check for security issues. Providing this information is voluntary. However, your resume cannot be processed if you do not provide this information.

APPLICANTS WILL RECEIVE CONSIDERATION FOR POSITION VACANCIES WITHOUT REGARD TO POLITICAL, RELIGIOUS, LABOR ORGANIZATION AFFILIATION OR NONAFFILIATION, MARITAL STATUS, RACE, COLOR, SEX, NATIONAL ORIGIN, NON-DISQUALIFYING PHYSICAL HANDICAP, OR AGE; SELECTION SHALL BE BASED SOLELY ON JOB RELATED CRITERIA.

THE US ARMY IS AN EQUAL OPPORTUNITY EMPLOYER.

2

```
                                        ALABAMA DEPARTMENT OF PUBLIC SAFETY
                                        ABI IDENTIFICATION UNIT
                                        PO BOX 1511
                                        MONTGOMERY AL   36102-1511
```

To:        STEPHANI S BUERGER                Release Date: 11-10-2004
           607 EUCLID AVE                    SID Number   : _____
           MOBILE AL   36606-4264            FBI Number   : _____
                                             Requestor #  : 999-00009108

Attention: STEPHANI S BUERGER                Subj: BUERGER, STEPHANI S

                                             SSN : 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

========================== RESULTS OF ABI SEARCH ============================

The following information contains the results of inquiry request 2004-11-00548
made on 11-10-2004 concerning the above named subject.

        NO RECORD OF SUBJECT
            in check of NAME FILES ONLY.
            based on INFORMATION GIVEN.

         WARNING!  THE USE OF THIS RECORD AND ATTACHED INFORMATION
         IS REGULATED BY LAW AND IS PROVIDED FOR OFFICIAL USE ONLY.
         IT MAY BE USED FOR THE PURPOSE REQUESTED AND MAY NOT BE
         RE-DISSEMINATED TO ANOTHER INDIVIDUAL OR AGENCY.
                                                              TFX0036