## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephani S Buerger | ) | |
| | ) | **PLEADING** |
| Plaintiff, | ) | Untitled |
| | ) | |
| v. | ) | Civil Action No. **052004 (GK)** |
| | ) | |
| State of Alabama | ) | |
| | ) | |
| Federal Bureau of Investigation | ) | |
| Washington, D.C. | ) | |
| | ) | |
| Defendant | ) | |

## **PLEADING**
Untitled

I Stephani S. Buerger, pro se litigant, plaintiff request **Civil Action No. 052004 (GK)**, be removed from Judge Gladys Kessler's cases due to her pro se litigant judicial prejudice with **Civil Action No. 05-1664 (GK),** violating my constitutional rights under Title 42. Judge Kessler, ignored my Show Cause action which provided the information necessary to prove that the case should not be dismissed with prejudice. The information was supplied by the federal information center, and published by General Services Administration and the Department of Justice in Washington, D.C.

Dismiss **Civil Action No. 052004 (GK),** or return the civil suit to Judge Sullivan and assign **Civil Action No.05-1664 (GK)** to Judge Sullivan, or another Judge of the Court.

1

**Civil Action No. 05-1664 (GK),** was in its crucial status of statute of limitations.

Re: Order "DEPARTMENT", Department of Industrial Relations.

**Respectfully,**

*Stephani S. Buerger*
Stephani S. Buerger

| | |
|---|---|
| 10/29/2005 | Stephani S. Buerger |
| Date | Name (unrepresented plaintiff, pro se litigant) |
| | 607 Euclid Ave. Mobile, AL 36660 |
| | Address |