UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANI S. BUERGER, Pro se )<br>)<br>　　　　Plaintiff, )<br>　v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION )<br>)<br>　　　　Defendant. )<br>_____) | Civil Action No. 05-2004 (GK)<br>(Electronic Filing) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, Federal Bureau of Investigation (FBI), by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's action to and including January 18, 2006.  Plaintiff consents to this request.  The answer would otherwise be due on Monday, November 14, 2005.

The agency has informed the undersigned that it needs additional time to complete an exhaustive search for records. Counsel for defendant anticipates filing of a dispositive motion in this action, once the necessary search and information, including a Vaughn index and/or declaration is completed.  Undersigned Counsel also needs the time requested because of the following scheduled matters: appellate brief in John Davis v. DOJ, Ct. of Appeals Case No. 04-5406, due on November 10, 2005; answer due in Simmons v. SEC, Civ. Act. No. 05-1828 (RCL) on November 18, 2005; depositions in Claude David v. Library of Congress, Civ. Act. No. 04-0985 (RWR) during the week of November 21, 2005; dispositive motion due in Pinnavia v.CIA

05-1208 on December 21, 2005; appellate brief in Bakeer Ali v. Edward Reilly, Jr., et al., 04-5178, due on December 29, 2005;. and filing pre-trial motions in Rountree v. Veneman, Civ. Act. No. 04-0806 on November 14, 2005; trial preparation and travel to Richmond, Virginia for Rountree, supra., on November 15, and 16, 2005; one week jury trial scheduled in Rountree for December 5, 2005.

    This motion is not for purposes of delay but for good cause shown.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2005, I caused service of the foregoing motion for an enlargement of time to answer, move or otherwise plead to be made on plaintiff, *pro se*, by first class mail postage prepaid and addressed to :

>Stephani S. Buerger
>607 Euclid Avenue
>Mobile, AL 36606

>_____
>HEATHER D. GRAHAM-OLIVER
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W., Rm.4808
>Washington, DC 20530