# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephani S. Buerger ) | |
| ) | |
| Plaintiff, ) | **NOTICE OF** |
| ) | |
| ) | **CHANGE OF ADDRESS** |
| ) | |
| VS. ) | Civil Action No. 052004-GK |
| ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF CHANGE OF ADDRESS

Attn: Hon. Judge Gladys Kessler and Mr. Ralph Elliott, Clerk

Old Address: Stephani S. Buerger       New Address: Stephani S. Buerger

607 Euclid Ave.                                    1575 Springhill Ave. Apt. 108

Mobile, AL  36606                              Mobile, AL  36604

**RECEIVED**

DEC 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Telephone number is the same. (251) 545-5546

Status at the new address is FEMA RENTAL ASSISTANCE PROGRAM.

Received notice of electronic filing dated 11/14/2005.

Plaintiff, Stephani S. Buerger and pro se litigant, cannot access PACER SYSTEM to view case or make copies at the library. Plaintiff, requests a copy of the Process and Summons served to the Defendant. Copies of any progress on this case should be mailed to the Plaintiff at their new address. Money is deposited in the Clerk's Office for this case.

DATE: 12/16/2005

Respectfully,

*Stephani S. Buerger*

Stephani S. Buerger
(unrepresented pro se litigant)

2