# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephani S. Buerger ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF** |
| ) | |
| ) | **CHANGE OF ADDRESS** |
| ) | |
| VS. ) | Civil Action No. 052004-GK |
| ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF CHANGE OF ADDRESS

Attn: Hon. Judge Gladys Kessler and Mr. Ralph Elliott, Clerk

New Address: Stephani S. Buerger          New P.O. Number: Stephani S. Buerger

      1575 Springhill Ave. Apt.108                P.O. Box 66023

      Mobile, AL 36604                Mobile, AL 36606

**RECEIVED**

DEC 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 2

1

Telephone number is the same. (251) 545-5546.

This notice is to inform the Court that all mailings need to be addressed to

P.O. Box number 66023. I am not able to obtain a mailbox key at my new address.

Thank you, for addressing this matter again so soon.

DATE: Wednesday, December 21, 2005

Respectfully,

*Stephani S. Buerger*

Stephani S. Buerger
(unrepresented pro se litigant)