IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANI S. BUERGER, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 05-2004 (GK) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation, Headquarters Office ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)    In my current capacity as Section Chief, I supervise the Freedom of Information/Privacy Acts Litigation Support Unit ("LSU"). The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the handling of the FOIPA request of plaintiff, Stephani Buerger, which seeks access to records pertaining to herself.

(4)    The purpose of this declaration is to provide the Court and plaintiff with an explanation of the procedures used to search for records responsive to plaintiff's request.

## CHRONOLOGY OF PLAINTIFF'S FOIA REQUEST

(5)    By letter dated August 5, 2004, plaintiff mailed a letter to the FBI's Criminal Justice Information Center in Clarksburg, West Virginia, in which she requested access to " . . . a copy of what I believe may be erroneous information in the FBI Report of my background." In this letter plaintiff provided the following identifying information: her full name, Social Security number, date of birth, address[1] & telephone number, Alabama driver's license number, mother's maiden name, and father's full name. (See Exhibit A.)

(6)    By letter dated September 9, 2005, FBIHQ acknowledged receipt of this request and advised plaintiff that her Freedom of Information and Privacy Acts ("FOIPA") request had been assigned FOIPA Number 1028331-000. (See Exhibit B.)

---

[1]  This address differs from the address plaintiff provided under the signature line in her August 5, 2005 letter. (See Exhibit A.)

(7)    By letter dated September 15, 2005, FBIHQ advised plaintiff that a search of the

automated indices to the Central Records System (CRS) located no records responsive to her

FOIPA request for access to records concerning herself. In this letter, FBIHQ also advised

plaintiff of her right to file an administrative appeal of this "no records" response with the U.S.

Department of Justice, Office of Information and Privacy. **(See Exhibit C.)**

(8)    FBIHQ sent its September 9 and 15 letters to plaintiff at Apartment J, 1700

Dauphin Street, Mobile, AL 36604, which is one of two addresses that plaintiff provided in her

request letter. **(See Exhibits A, B & C.)**

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(9)    The CRS used by the FBI enables it to maintain all pertinent information which it

has acquired in the course of fulfilling its mandated law enforcement responsibilities. The records

maintained in this CRS consist of administrative, applicant, criminal, personnel, and other files

compiled for law enforcement purposes. This system consists of a numerical sequence of files

broken down according to subject matter. The subject matter of a file may relate to an individual,

organization, company, publication, activity, or foreign intelligence matter. Certain records in this

system are maintained at FBIHQ. Records which are pertinent to specific field offices are

maintained in those field offices.

(10)    Through the General Indices, FBIHQ and each field division can access the CRS.

The General Indices are arranged in alphabetical order and consist of an index on various subjects,

including the names of individuals and organizations. Only information considered pertinent,

relevant or essential for future retrieval is indexed. Without a "key" (index) to this mass of

-3-

information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not effectively be used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes. Therefore, the General Indices to the CRS are the means by which the FBI can determine what retrievable information, if any, the FBI may have in the CRS on a particular subject matter.

(11)    Communications directed to FBIHQ from various field offices and Legal Attaches (Legats) are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations, which are listed in the case captions or titles as subjects, suspects, or as victims. Searches made in this index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(12)    An index reference falls into two general categories:

> A "main" index reference carries the name of an individual, organization, activity or the like, which is the main subject of a file maintained in the system.

> A "cross reference" index reference contains only a mere mention or reference to an individual, organization, etc., which is located in the body of a communication in a file concerning the investigation of another individual, organization, or event.

(13)    On or about October 16, 1995, the Automated Case Support ("ACS") system was implemented for all Field Offices, Legats and FBIHQ. More than 105 million records were converted from automated systems previously utilized by the FBI. ACS consists of the following three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases:

(a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin (OO), which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN") which is used by FBIHQ and all offices that are conducting or assisting in the investigation. Using file number 100A-PH-43184 as an example, an explanation of the UCFN is as follows: "100" indicates the classification for that specific type of investigation, which in this example denotes a "terrorism enterprise" investigation; "PH" is the abbreviated form used for the Office of Origin of this investigation, which here is the FBI's Philadelphia Field Office; and, the "43184" indicates the individual case number assigned to a particular investigation.

(b) Electronic Case File – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index cases. The Lead Office may index additional information as needed. UNI is an 90.1 million record index that functions to index names to cases, and to search names and cases for use in FBI investigative and administrative cases. Names of individuals or non-individuals are recorded with identifying information such as the date or place of birth, race, sex,

-5-

locality, Social Security number, address, or date of an event.

(14)    The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent ("SA"), the supervisor in the field office conducting the investigation, and the supervising SA at FBIHQ. The FBI does not index every name in its files; it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. This index to the mass of information that is essential to ongoing investigations is the only way in which the FBI can readily retrieve the information. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter.

(15)    In response to plaintiff's request, FBIHQ searched the CRS using plaintiff's name in order to locate any main investigatory files maintained at HQ. A search of the CRS by using the name "Stephani S. Buerger" would cover a three-way phonetic breakdown of the name. For example, this search would locate records using the phonetic sounds of each last and first name relating to the following names: "Buerger, Stephani S."; "Buerger, Stephani;", and "Buerger, S. S.". FBIHQ also used plaintiff's date of birth and Social Security number to facilitate the identification of responsive records. This search failed to locate any main investigatory files responsive to plaintiff's request.

## FBI FOIPA POLICY CONCERNING ROUTINE AUTOMATED SEARCHES AND SEARCHES OF THE CRS FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(16)    In the absence of a specific request for a search of cross-references at the administrative level, the FBI's current policy is to search for and identify only "main" files

responsive to FOIPA requests. In this case, at the administrative level, plaintiff did not specifically request that a search be conducted for cross-references. Nonetheless, upon receipt of the complaint FBIHQ did conduct a search to locate cross-reference files responsive to this request. This search identified three cross-reference files as potentially responsive to this request. These files were identified as potentially responsive to plaintiff's request because the subjects' names sounded like or were similar to plaintiff's name. As explained above, a search of the CRS using the name "Stephani S. Buerger" would cover a three-way phonetic breakdown of the name; therefore, this means that this search would locate records using the phonetic sounds of each last and first name relating to the following names: "Buerger, Stephani S."; "Buerger, Stephani;", and "Buerger, S. S."

(17)    In order to make a definitive determination that a file is in fact about the subject of the request, FBIHQ reviews that file to locate identifying information, such as, the subject's date of birth, home address, or social security number. In this case, three cross-reference files were identified by HQ as potentially responsive to plaintiff's request. Two of those files are FBI field office cross-reference files and one is a HQ cross-reference file. Accordingly, FBIHQ requested the pertinent field offices to conduct a search to locate these files. FBIHQ has determined that the one HQ cross-reference file does not pertain to the plaintiff. Similarly, FBIHQ has been advised by both FBI field offices that the cross-reference files identified as originating in those offices do not pertain to the plaintiff. For these reasons, FBIHQ has determined that there are no cross-reference files that concern the plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

-7-

and correct, and that **Exhibits A through C** attached hereto are true and correct copies.

Executed this _12th_ day of January, 2006.

DAVID M. HARDY
Section Chief
Record/Information Dissemination
  Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

-8-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANI S. BUERGER, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 05-2004(GK) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# **Exhibit A**

## Freedom of Information Act Request

Friday August 5, 2005

U.S. Department of Justice
Federal Bureau of Investigation
1000 Custer Hollow Road
Clarksburg, WV 26306-0001
Attn: Patricia Harris, Management Analyst

Under the Freedom of Information Act, 5 U.S.C. Section 552, I am requesting a copy of what I believe may be erroneous information in the FBI Report of my background. I applied for federal employment with the Army as a civilian in 2003. I had never checked my background. A brief conversation with an FBI agent in Mobile, Al revealed that my background was fine except for the FBI report. It had no FBI or SID # and contained one word "LABOR". The agent said it was very strange. Another agent recently, told me it does affect federal employment and to request a copy of this document. The court will decide how this will be removed.

If there are any fees for copying or searching for the record please, let me know before you fill my request.

To assist you in the FBI Report search this is the information I gave the agent who did my background check on the telephone in October of 2003. It was found in five minutes.

Stephani S Buerger, female S.S.# 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
DOB: 12/14/52
Address: 1700 Dauphin St. #J
           Mobile, AL  36604
Telephone: 251-545-9225
AL DL# 6099224
Mother's maiden name: Goodwin
Father's name: Dale W. Buerger

The above information led the agent to the word "LABOR".

I would have never known if it weren't for that agent and I am thankful for that person.

If you have any questions about handling this request, you may telephone me at cellular home phone at 251-545-5546 with voicemail.

1

If, you deny all or any part of this request please, cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under law.

Sincerely,

*Stephani S Buerger*

Stephani S Buerger
607 Euclid Ave.
Mobile, AL 36606

STATE OF ALABAMA
COUNTY OF MOBILE

ON THIS ___5___ DAY OF _August_ , 2005, BEFORE ME, THE UNDER-SIGNED NOTARY, PERSONALLY APPEARED _Stephani S Bu_ PERSONALLY KNOWN TO ME ( OR PROVED TO ME THROUGH GOVERNMENT ISSUED DOCUMENTARY EVIDENCE IN THE FORM OF _Drivers License_ ( OR PROVED TO ME ON THE OATH OF AFFIRMATION OF _____, WHO IS PERSONALLY KNOWN TO ME, ) TO BE THE PERSONS (S) WHOSE NAME (S) (IS) (ARE) SIGNED ON THE PRECEDING OR ATTACHED DOCUMENT, AND ACKNOWLEDGED TO ME THAT HE OR SHE ( THEY SIGNED IT VOLUNTARILY FOR ITS STATED PURPOSE.

NOTARY

MY COMMISSION EXPIRES:

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANI S. BUERGER,                          )
                                              )
                                              )
                                              )
            Plaintiff                         )
                                              )  Civil Action No. 05-2004(GK)
        v.                                    )
                                              )
FEDERAL BUREAU OF INVESTIGATION,              )
                                              )
            Defendant.                        )
                                              )

# **<u>Exhibit B</u>**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*September 9, 2005*

MS. STEPHANI S BUERGER
APARTMENT J
1700 DAUPHIN STREET
MOBILE, AL 36604

Request No.: 1028331- 000
Subject: BUERGER, STEPHANI S

Dear Ms. Buerger:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Clarksburg Field Office.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANI S. BUERGER,                          )
                                              )
                                              )
                                              )
            Plaintiff                         )
                                              )   Civil Action No. 05-2004(GK)
        v.                                    )
                                              )
FEDERAL BUREAU OF INVESTIGATION,              )
                                              )
            Defendant.                        )
                                              )

# **<u>Exhibit C</u>**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 15, 2005

MS STEPHANI S BUERGER
APARTMENT J
1700 DAUPHIN STREET
MOBILE, AL 36604

Request No.: 1028331- 000
Subject: BUERGER, STEPHANI S

Dear Ms. Buerger:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure