# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephani S. Buerger | ) **CIVIL ACTION NUMBER 05CV2411** |
| | ) |
| Plaintiff, | ) **M O T I O N** |
| | ) |
| | ) TO DISMISS CIVIL ACTION NUMBER |
| vs. | ) |
| | ) 052004-GK |
| Federal Bureau of Investigation | ) |
| | ) |
| Defendant | ) |

**Docket Clerk: T. Davis for Honorable Judge C. Kollar-Kotelly**

Enclosed is a copy of the Order Judge G. Kessler, mailed to me that dismissed civil case number 05-1664GK, with prejudice. Civil Action Number 05CV2411, replaced 05-1664GK. Because of the Judges Ruling Judge Sullivan, gave Judge G. Kessler, Civil Action Number 052004-GK.

I dismissed Civil Action Number 052004-GK, because of the dismissal of Civil Action Number 05-1664GK, with prejudice. Please, read the enclosed dismissal.

Judge G. Kessler, served Civil Action Number 052005-GK, on November 9, 2005. She has never sent me a copy of the Process and Summons. Mr. Richard Simmons, a paralegal at the U.S. Attorneys office in Washington, D.C., telephoned me on November 9, 2005, to inform me that the Complaint had been received.

I am again dismissing Civil Action Number 052004-GK. Judge C. Kollar-Kotelly, would

RECEIVED
JAN 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Leave to file granted. J. Kessler 1/17/06*

1

you accept civil action numbers 05CV2411 and 052004-GK?

Respectfully,

*Stephani S. Buerger, pro se litigant*
Stephani S. Buerger

Date: Jan. 5, 2006