**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHANI S. BUERGER, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-2004(GK) |
| FEDERAL BUREAU OF INVESTIGATION, : | |
| Defendant. : | |

**ORDER**

It is hereby

ORDERED that Plaintiff's motion to dismiss [#14] is GRANTED. It is further

ORDERED that Defendant's motion for summary judgment [#13] is DENIED as moot. It is further

ORDERED that the Court's January 20, 2006 Order directing Plaintiff to file an opposition or other response to Defendant's motion [#15] is VACATED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　GLADYS KESSLER
　　　　　　　　　　　　　　　　　　United States District Judge

DATE: January 23, 2006