United States District Court
For the District of Columbia

Stephanie S. Buerge
Plaintiff,
(unrepresented pro se litigant)

vs.

FBI
Defendant

Motion To Dismiss

Case No. 052004-GK

Office of the Clerk.  Motion

Plaintiff, chooses to dismiss case no. 052004-GK.
Plaintiff, never received stamped, filed copy
of Complaint form dated, indicating a CV Civil
Action No. per local rules. A copy of the
Process and Summons was never received after
several requests to Clerks of the Court.
This case was dismissed 10/29/05 in a
untitled pleading due to Judges Order in
violation of Privacy Act laws in Civil Action
Number 05-1464 GK. (GK) Plaintiff used information
supplied by U.S. Dept. of Justice in Show Cause
ordered by the Judge. Case No. 05-1464 (GK)
was dismissed with prejudice suggested that
this Judge does not accept laws provided
by our Justice Department relating to our

Leave to file granted —J. Kessler — 1/19/06

RECEIVED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 3

Motion to Dismiss   1-18-06   05-2004 GK
                                        Case no.

Privacy Act of 1974. Plaintiff, has determined
this action was an intentional, willful
violation by the Judge. Plaintiff, did
not receive a stamped, dated copy of the
Complaint form in case 05-1664 (GK) with
a CV Civil Action No. area provided on the
Complaint form. Plaintiff, has no other
recourse in either of these cases as
they stand in the Court today. This is
an indicator of crime so is too much
time.
Plaintiff, has received no case activity in
Case no. 05-2004 (GK) A civil suit would
have case activity during the 90-day time
limitation. In order to have information
removed from an FBI background a Civil
Suit must be filed in a U.S. District Court,
according to FOIA laws in which a FOIA
enactment perfected is required by FOIA laws.
Today, the Court has been informed by Plaintiff
and unrepresented pro se litigant, to the Office
of the Clerk that either of these cases were
legally filed as civil suits and has been

2 of 3

left with no options, rules, masters or laws against a judge "who breaks the law" with a pro se litigant who is to be treated in the same manner as any other legal counsel.

There is no option to 05CV2411, 05-1664 GK or 052004 GK being investigated by the Court in order to prove that this information supplied to the Office of the Clerk is true.

Today, our President Bush stated "The Court is not above the law". I say, " The law cannot be practiced without a Court."

These three cases have been ousted from your court with no valid reasoning.

Tenth Circuit Court and Buerger vs. United States.

Respectfully,                    Date: 1/10/06

S. Buerger,
(pro se litigant)
Plaintiff

Plaintiff, chooses to leave evidence as is in 052004(GK)

3 of 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NOTICE to the COURT: **Rule 53,** provides the only recourse in the Federal Rules of

Civil Procedure that allows the Court to Appoint a Master to investigate and salvage the

damages that occurred to Case numbers 05-1664GK, 052004GK and Civil Action

number 05CV2411.

If, an Appointment of a Master were possible, then Rule 53(h) (1), (2) and (3) would

need to be considered because of my financial circumstance. Please, see attached copy of

court receipt of a small amount of monies. This was my entire saving for the year 2005.

This Appointment of a Master should be a brief investigation to include all of Rule 53.

The Court may agree with me and consider this investigation to project an expeditious

conclusion of findings of fact Rule 53(g)(3).

I have provided in these cases obvious evidence for a Master who knows the basic laws

1

surrounding the Privacy Act of 1974, to make an expeditious conclusion of facts. It is a

fact, in Show Cause Order case number 05-1664GK, our rights to federal records does

include the limitations for state and local government records. I am astounded, that the

simplicity of the meaning of **limitations** is confusing. Meaning, **"to include with certain**

**exceptions".** (in quotes). (See attachment copy for meaning).

Case number 052004GK, was not filed as a FOIA Civil Suit. I never received a copy my

Complaint form stamped filed, and dated. I did not receive a signed copy of the Process

and Summons. In fact, I dismissed this case on 10/29/05, because case 05-1664GK, was

dismissed with prejudice for the reasons I stated. Sixty dollars was charged to dismiss

case in an Order. A paralegal telephoned me from the U.S. Attorneys office to tell me he

received a complaint on 11/9/05. His name is Mr. Richard Simmons (ATTY.) I verified

that Mr. Simmons, worked at the U.S. Attorneys office. This when I realized something

else was wrong and that a complaint had been sent to the U.S. Attorneys office.

Civil Action number 05CV2411, was dismissed without prejudice using the same privacy

act exclusion for state and local government. Do two District Judges think exactly the

same? I am suspicious.

These cases involve unemployment and background records. The need to investigate is URGENT. The two-year statute of limitations began in July of 2003. The statute of limitations crucial status has to be accounted for.

The only contact a Master might necessitate with me would be a comparison of what I sent to the Court and still retain and what is in the actual docket.

**I certainly, appreciate Courts time in considering an investigation and**

**Appointment of a Master. I take these matters very serious.**

**Date: January 13, 2006**

Respectfully,

*Stephani S. Buerger*

Stephani S. Buerger
*(unrepresented pro se litigant)*

**Mailing Address**
**P.O. Box 66023**
**Mobile, AL  36604**
**Telephone number: (251) 545-5546**
*(attached copy of Motion to use P.O. Box number)*

3

```
      CHECK TENDERED $         $250.00
              250.00
===== T O T A L =======
              190.00
510000    SPECIAL CIVIL FILING
CASE # 05-1664
              60.00
006900    FILING FEE  CIVIL
CASE # 05-1664
======NO REFUND WITHOUT RECEIPT======
DC  1-2 LATO         Receipt # 137405
08/22/05                  9:20:35 AM
           WASHINGTON D.C.
   U.S. DISTRICT COURT
```

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephani S. Buerger | ) | |
| | ) | **MOTION** |
| Plaintiff, | ) | |
| | ) | **TO USE P.O. BOX NUMBER** |
| | ) | |
| | ) | **INSTEAD OF PHYSICAL ADDRESS** |
| VS. | ) | **Civil Action No. 05CV2411** |
| State of Alabama | ) | |
| Department of Industrial Relations | ) | |
| Unemployment Compensation, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO USE P.O. BOX NUMBER

Physical Address: Stephani S. Buerger          New P.O. Number: Stephani S. Buerger

          1575 Springhill Ave. Apt.108                    P.O. Box 66023

          Mobile, AL  36604                    Mobile, AL  36606

Telephone number is the same. (251) 545-5546.

1

**Civil Action No. 05CV2411**

This notice is to inform the Court that the apartment complex where I live cannot provide me a

mailbox key. The complex is in the process of being sold and I am looking for another

place to live.

Thank you, for addressing this matter.

DATE: <u>Tuesday January 5, 2006</u>

Respectfully,


Stephani S. Buerger
(unrepresented pro se litigant)

2

# Federal Rules of Civil Procedure

Prev | Next

**VI. TRIALS > Rule 53.**

Notes

Law About ...
Civil
Procedure

## Rule 53. Masters

### (a) Appointment

(1) Unless a statute provides otherwise, a court may appoint a master only to:

(A) perform duties consented to by the parties;

(B) hold trial proceedings and make or recommend findings of fact on issues to be decided by the court without a jury if appointment is warranted by

(i) some exceptional condition, or

(ii) the need to perform an accounting or resolve a difficult computation of damages; or

(C) address pretrial and post-trial matters that cannot be addressed effectively and timely by an available district judge or magistrate judge of the district.

(2) A master must not have a relationship to the parties, counsel, action, or court that would require disqualification of a judge under 28 U.S.C. § 455 unless the parties consent with the court's approval to appointment of a particular person after disclosure of any potential grounds for disqualification.

(3) In appointing a master, the court must consider the fairness of imposing the likely expenses on the parties and must protect against unreasonable expense or delay.

### (b) Order Appointing a Master.

#### (1) Notice.

The court must give the parties notice and an opportunity to be heard before appointing a master. A party may suggest candidates for appointment.

#### (2) Contents.

The order appointing a master must direct the master to proceed with all reasonable diligence and must state:

(A) the master's duties, including any investigation or enforcement duties, and any limits on the master's authority under Rule 53(c);

(B) the circumstances -- if any -- in which the master may communicate ex parte with the court or a party;

(C) the nature of the materials to be preserved and filed as the record of the

master's activities;

(D) the time limits, method of filing the record, other procedures, and standards for reviewing the master's orders, findings, and recommendations; and

(E) the basis, terms, and procedure for fixing the master's compensation under Rule 53(h).

### (3) Entry of Order.

The court may enter the order appointing a master only after the master has filed an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455 and, if a ground for disqualification is disclosed, after the parties have consented with the court's approval to waive the disqualification.

### (4) Amendment.

The order appointing a master may be amended at any time after notice to the parties, and an opportunity to be heard.

## (c) Master's Authority.

Unless the appointing order expressly directs otherwise, a master has authority to regulate all proceedings and take all appropriate measures to perform fairly and efficiently the assigned duties. The master may by order impose upon a party any noncontempt sanction provided by Rule 37 or 45, and may recommend a contempt sanction against a party and sanctions against a nonparty.

## (d) Evidentiary Hearings.

Unless the appointing order expressly directs otherwise, a master conducting an evidentiary hearing may exercise the power of the appointing court to compel, take, and record evidence.

## (e) Master's Orders.

A master who makes an order must file the order and promptly serve a copy on each party. The clerk must enter the order on the docket.

## (f) Master's Reports.

A master must report to the court as required by the order of appointment. The master must file the report and promptly serve a copy of the report on each party unless the court directs otherwise.

## (g) Action on Master's Order, Report, or Recommendations.

### (1) Action.

In acting on a master's order, report, or recommendations, the court must afford an opportunity to be heard and may receive evidence, and may: adopt or affirm; modify; wholly or partly reject or reverse; or resubmit to the master with instructions.

### (2) Time To Object or Move.

A party may file objections to -- or a motion to adopt or modify -- the master's order, report, or recommendations no later than 20 days from the time the master's order, report, or recommendations are served, unless the court sets a different time.

### (3) Fact Findings.

The court must decide de novo all objections to findings of fact made or recommended by a master unless the parties stipulate with the court's consent that:

   (A) the master's findings will be reviewed for clear error, or

   (B) the findings of a master appointed under Rule 53(a)(1)(A) or (C) will be final.

### (4) Legal Conclusions.

The court must decide de novo all objections to conclusions of law made or recommended by a master.

### (5) Procedural Matters.

Unless the order of appointment establishes a different standard of review, the court may set aside a master's ruling on a procedural matter only for an abuse of discretion.

## (h) Compensation.

### (1) Fixing Compensation.

The court must fix the master's compensation before or after judgment on the basis and terms stated in the order of appointment, but the court may set a new basis and terms after notice and an opportunity to be heard.

### (2) Payment.

The compensation fixed under Rule 53(h)(1) must be paid either:

   (A) by a party or parties; or

   (B) from a fund or subject matter of the action within the court's control.

### (3) Allocation.

The court must allocate payment of the master's compensation among the parties after considering the nature and amount of the controversy, the means of the parties, and the extent to which any party is more responsible than other parties for the reference to a master. An interim allocation may be amended to reflect a decision on the merits.

## (i) Appointment of Magistrate Judge.

A magistrate judge is subject to this rule only when the order referring a matter to the magistrate judge expressly provides that the reference is made under this rule.

# THE PRIVACY ACT OF 1974

## 5 U.S.C. § 552a

### As Amended

§ 552a. Records maintained on individuals

(a) Definitions

For purposes of this section--

(1) the term "agency" means agency as defined in section 552(f) of this title;

(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;

(3) the term "maintain" includes maintain, collect, use or disseminate;

(4) the term "record" means any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, his education, financial transactions, medical history, and criminal or employment history and that contains his name, or the identifying number, symbol, or other identifying particular assigned to the individual, such as a finger or voice print or a photograph;

(5) the term "system of records" means a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual;

(6) the term "statistical record" means a record in a system of records maintained for statistical research or reporting purposes only and not used in whole or in part in making any determination about an identifiable individual, except as provided by section 8 of Title 13;

(7) the term "routine use" means, with respect to the disclosure of a record, the use of such record for a purpose which is compatible with the purpose for which it was collected;

(8) the term "matching program"--

(A) means any computerized comparison of--

(i) two or more automated systems of records or a system of records with non-Federal records for the purpose of--

(I) establishing or verifying the eligibility of, or

continuing compliance with statutory and regulatory requirements by, applicants for, recipients or beneficiaries of, participants in, or providers of services with respect to, cash or in-kind assistance or payments under Federal benefit programs, or

(II) recouping payments or delinquent debts under such Federal benefit programs, or

(ii) two or more automated Federal personnel or payroll systems of records or a system of Federal personnel or payroll records with non-Federal records,

(B) but does not include--

(i) matches performed to produce aggregate statistical data without any personal identifiers;

(ii) matches performed to support any research or statistical project, the specific data of which may not be used to make decisions concerning the rights, benefits, or privileges of specific individuals;

(iii) matches performed, by an agency (or component thereof) which performs as its principal function any activity pertaining to the enforcement of criminal laws, subsequent to the initiation of a specific criminal or civil law enforcement investigation of a named person or persons for the purpose of gathering evidence against such person or persons;

(iv) matches of tax information (I) pursuant to section 6103 (d) of the Internal Revenue Code of 1986, (II) for purposes of tax administration as defined in section 6103(b)(4) of such Code, (III) for the purpose of intercepting a tax refund due an individual under authority granted by section 404(e), 464, or 1137 of the Social Security Act; or (IV) for the purpose of intercepting a tax refund due an individual under any other tax refund intercept program authorized by statute which has been determined by the Director of the Office of Management and Budget to contain verification, notice, and hearing requirements that are substantially similar to the procedures in section 1137 of the Social Security Act;

(v) matches--

(I) using records predominantly relating to Federal personnel, that are performed for routine administrative purposes (subject to guidance provided by the Director of the Office of

Management and Budget pursuant to subsection (v)); or

(II) conducted by an agency using only records from systems of records maintained by that agency;

if the purpose of the match is not to take any adverse financial, personnel, disciplinary, or other adverse action against Federal personnel; or

(vi) matches performed for foreign counterintelligence purposes or to produce background checks for security clearances of Federal personnel or Federal contractor personnel;

(vii) matches performed incident to a levy described in section 6103(k)(8) of the Internal Revenue Code of 1986; or

(viii) matches performed pursuant to section 202(x)(3) or 1611(e)(1) of the Social Security Act (42 U.S.C. § 402(x)(3), § 1382(e)(1);

(9) the term "recipient agency" means any agency, or contractor thereof, receiving records contained in a system of records from a source agency for use in a matching program;

(10) the term "non-Federal agency" means any State or local government, or agency thereof, which receives records contained in a system of records from a source agency for use in a matching program;

(11) the term "source agency" means any agency which discloses records contained in a system of records to be used in a matching program, or any State or local government, or agency thereof, which discloses records to be used in a matching program;

(12) the term "Federal benefit program" means any program administered or funded by the Federal Government, or by any agent or State on behalf of the Federal Government, providing cash or in-kind assistance in the form of payments, grants, loans, or loan guarantees to individuals; and

(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits).

(b) Conditions of disclosure

No agency shall disclose any record which is contained in a system of records by any

means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless disclosure of the record would be--

> (1) to those officers and employees of the agency which maintains the record who have a need for the record in the performance of their duties;

> (2) required under section 552 of this title;

> (3) for a routine use as defined in subsection (a)(7) of this section and described under subsection (e)(4)(D) of this section;

> (4) to the Bureau of the Census for purposes of planning or carrying out a census or survey or related activity pursuant to the provisions of Title 13;

> (5) to a recipient who has provided the agency with advance adequate written assurance that the record will be used solely as a statistical research or reporting record, and the record is to be transferred in a form that is not individually identifiable;

> (6) to the National Archives and Records Administration as a record which has sufficient historical or other value to warrant its continued preservation by the United States Government, or for evaluation by the Archivist of the United States or the designee of the Archivist to determine whether the record has such value;

> (7) to another agency or to an instrumentality of any governmental jurisdiction within or under the control of the United States for a civil

request for information and the agency's letter of denial.

The agency has 20 working days after it receives your appeal letter to respond. Under certain circumstances, it may also take an extension of up to 10 working days. If, however, an agency took 10 extra days to deny your initial request, it would not be entitled to an extension on the appeal.

**What can I do if my appeal is rejected?**

If you are willing to invest the time and money, you may take the matter to court. You can file a FOIA lawsuit in the U.S. District Court where you live, where you have your principal place of business, where they are in a "system" of records, which means they are retrieved by an individual's name, social security number, or some other personal identifier. In other words, the Privacy Act does not apply to information about individuals in records that are filed under other subjects, such as organizations or events, unless the agency also indexes and retrieves them by individual names or other personal identifiers. Like the FOIA, the Privacy Act does not apply to records held by Congress, the courts, or local governments or private organizations (except for the limitation upon the use of the social security number, which does apply to state and local governments).

District of Columbia. In court, the agency will have to prove that the withheld records, or the withheld portions of them, are covered by one of the exemptions listed in the Act. If you lose your case, you refer to all your case, the court may require the government to pay your costs and reasonable attorney's fees for you.

**What information may I request under the Privacy Act?**

The Privacy Act applies only to documents about individuals maintained by agencies in the executive branch of the federal government. It applies to these records only if

**What is the Privacy Act?**

The Privacy Act, passed by Congress in 1974, establishes controls over what information is collected by the federal government and how it is used. The Act guarantees three primary rights: (1) the right to see records about yourself, subject to the Privacy Act's exemptions, (2) the right to amend that record if it is inaccurate, irrelevant, untimely, or incomplete, and (3) the right to sue the government for violations of the statute including permitting others to see your records unless specifically provided for in the Act.

It also provides for certain limitations on agency information practices, such as requiring that information about a person be collected from that person to the greatest

There are 10 exemptions to the Privacy Act under which an agency can withhold certain kinds of information from you. Examples of exempt records are those containing classified information on national security or those concerning criminal investigations. Another exemption often used by agencies is that which protects information that would identify a confidential source. For example, if an investigator questions a person about your qualifications for federal employment and that person agrees to answer only if his identity is protected, then his name or any information that would identify him can be withheld. The 10 exemptions are set out in the Act.

**How do I request information under the Privacy Act?**

Write a letter to the agency that you believe may have a file pertaining to you. Address your request to the Privacy Act Officer or head of the agency, such as "Secretary, Department of Health and Human Services." Be sure to write "Privacy Act Re-

extent practicable, requiring agencies to ensure that their records are relevant, accurate, timely and complete; and prohibiting agencies from maintaining information describing how an individual exercises his or her First Amendment rights unless the individual consents to it, a statute permits it, or it is within the scope of an authorized law enforcement investigation.

**Whom do I contact in the federal government with my request?**

As with the FOIA, no one office handles all Privacy Act requests. To locate the proper agency to handle your request, follow the same guidelines as for the Freedom of Information Act.

**How do I know if an agency has a file on me?**

If you think a particular agency has a file pertaining to you, you may write to the Privacy Act Officer or head of the agency. Agencies are generally required to inform you upon request whether or not they have files on you. In addition, agencies are required to report publicly the existence of all record systems they keep on individuals. The Office of the Federal Register annually compiles and publishes (or updates) a list of systems and any exemptions that apply to each. This multi-volume work, called the *Privacy Act Issuances Compilation*, is available at most large reference and university libraries.

**How do I appeal a denial?**

You should promptly send a letter notifying the agency that you want to appeal. Most agencies require that your appeals be made within 30 to 45 days after you get a notification of denial. The denial letter should tell you to whom your appeal letter should be addressed. To appeal, simply ask the agency to review your FOIA request and agency for reasons for believing that the denial was wrong. Be sure you refer to in your letter the number that was assigned to your request. It is a good idea to enclose a copy of your original request letter and also a copy of the agency's denial letter. Be sure to state why you believe the denial was wrong. Be sure you include copies of the original appeal if you include copies of the original

If you are interested in more details, you should read the Privacy Act in its entirety. Though the Act is too lengthy to publish as part of this brochure, it is readily available. It is printed in both the *U.S. Government Manual* and the *U.S. Code* (Section 552a of Title 5), which can be found in most public and school libraries. You may also order a copy of the Privacy Act of 1974, Public Law 93-579, from the Superintendent of Documents. (Ordering instructions are on page 8.)

**How do I get the right address?**

The Privacy Act

This brochure provides basic guidance about the Freedom of Information Act (FOIA) and the Privacy Act of 1974. A question-and-answer format is used to present information about these laws in a clear, simple manner to assist members of the public in exercising their rights. This publication is not intended to be a comprehensive treatment of the complex issues associated with the FOIA and the Privacy Act.

The questions answered in this brochure are those frequently asked by persons who contact the Federal Information Centers (FIC's) throughout the country for information on the FOIA and the Privacy Act. The answers were compiled by the staffs of the FIC's and the Consumer Information Center (CIC) of the General Services Administration. They were reviewed by the Department of Justice, the agency responsible for coordinating administration of the FOIA and encouraging agency compliance. The Office of Management and Budget, which has a similar responsibility for the Privacy Act, reviewed the answers to related questions on the Privacy Act.

The FOIA, enacted in 1966, established an effective statutory right of access to federal government information. Generally, it provides that any person has a right, enforceable in court, to access to federal agency records, except for those records (or portions of the records) that are protected from disclosure by the nine exemptions of the FOIA (discussed in the text).

Closely related to the Freedom of Information Act is the Privacy Act, another federal law regarding federal government records. The Privacy Act establishes certain controls over how the executive branch agencies of the federal government gather, maintain, and disseminate personal information. The Privacy Act can also be used as a means of obtaining access to information, but it pertains only to records the federal government keeps on individual citizens and lawfully admitted resident aliens. The FOIA, on the other hand, covers all records under the custody and control of federal executive branch agencies.

This brochure will provide you with accurate and useful information concerning the most significant provisions of the FOIA and the Privacy Act. We hope you find it helpful.



A joint publication of

U.S. General Services Administration
Washington, DC 20405

U.S. Department of Justice
Washington, DC 20530

Questions
and Answers
on the Freedom
of Information Act
and the Privacy Act

# ▓ Short History

Social Security numbers were introduced by the Social Security Act of 1935. They were originally intended to be used only by the social security program. In 1943 Roosevelt signed Executive Order 9397 which required federal agencies to use the number when creating new record-keeping systems. In 1961 the IRS began to use it as a taxpayer ID number. The Privacy Act of 1974 required authorization for government agencies to use SSNs in their data bases and required disclosures (detailed below) when government agencies request the number. Agencies which were already using SSN as an identifier before January 1, 1975 were allowed to continue using it. The Tax Reform Act of 1976 gave authority to state or local tax, welfare, driver's license, or motor vehicle registration authorities to use the number in order to establish identities. The Privacy Protection Study Commission of 1977 recommended that EO9397 be revoked after some agencies referred to it as their authorization to use SSNs. It hasn't been revoked, but no one seems to have made new uses of the SSN recently and cited EO9397 as their sole authority, either.

Several states use the SSN as a driver's license number, while others record it on applications and store it in their database. Some states that routinely use it on the license will make up another number if you insist. According to the terms of the Privacy Act, any that have a space for it on the application forms should have a disclosure notice. Many don't, and until someone takes them to court, they aren't likely to change.

If you have suggestions for improving this document please send them to me hibbert@cpsr.org, or by sending snail mail to:

Chris Hibbert, 1195 Andre Ave., Mountain View, CA 94040

# The Privacy Act of 1974

The Privacy Act of 1974 (Pub. L. 93-579, in section 7), which is the primary law affecting the use of SSNs, requires that any federal agency that requests your Social Security Number has to tell you four things:

1. the authority (whether granted by statute, or by executive order of the President) which authorizes the solicitation of the information and whether disclosure of such information is mandatory or voluntary;
2. the principal purposes for which the information is intended to be used;
3. the routine uses which may be made of the information, as published annually in the Federal Register, and
4. the effects on you, if any, of not providing all or any part of the requested information.

The Act requires state and local agencies which request the SSN to inform the individual of only three things:

1. whether the disclosure is mandatory or voluntary,
2. by what statutory or other authority the SSN is solicited, and
3. what uses will be made of the number.

In addition, that section makes it illegal for Federal, state, and local government agencies to deny any rights, privileges or benefits to individuals who refuse to provide their SSNs unless the disclosure is required by Federal statute, or the disclosure is to an agency for use in a record system which required the SSN before 1975. ( 5 USC 552a note). So anytime you're dealing with a government institution and you're asked for your Social Security Number, look for a Privacy Act Statement. If there isn't one, complain and don't give your number. If the statement is present, read it. Once you've read the explanation of whether the number is optional or required, and what will be done with your number if you provide it, you'll be able to decide for yourself whether to fill in the number.

There are several kinds of governmental organizations (see the list in the Short History section) that usually have authority to request your number, but they are all required to provide the Privacy Act Statement described above. The only time you should be willing to give your number without reading that notice is when the organization you are dealing with is not a part of the government.

One weakness of the Priavcy Act is that it doesn't carry any penalties. ( Bob Gelman claims there are some that haven't been exercised in court.)

# Rights, Roles, and Responsibilities

A Handbook for Fraud Victims Participating in the Federal Criminal Justice System

This project was supported by Cooperative Agreement No. 96-VR-GX-K002, awarded by the Office for Victims of Crime, Office of Justice Programs, U. S. Department of Justice, to the Police Executive Research Forum.  The Assistant Attorney General, Office of Justice Programs, coordinates the activities of the following program offices and bureaus: Bureau of Justice Assistance, Bureau of Justice Statistics, National Institute of Justice, Office of Juvenile Justice and Delinquency Prevention, and Office for Victims of Crime.  Points of view in this handbook are those of the grantee and do not necessarily represent the official position or policies of the U.S. Department of Justice.

The image of fly-by-night con artists depicted in the news media does not describe most fraud criminals. Most con artists make a career of their criminal activities. Some even join professional organizations to legitimize their schemes and project a respectable front.

**What makes your case a federal matter?**  Fraud crimes can be prosecuted at either the state or federal level, depending on a number of factors:

- Type of fraud scheme and amount of money stolen
- Laws violated (federal, state, or both)
- Method of operation
- Use of public services (such as the U.S. Postal Service, telecommunications systems, and Medicare) that fall under federal or state regulation and authority
- Location of the crime (within a state or across state or national borders)

**What are some common types of fraud?**  The weapon of choice for fraud criminals is not a gun or a knife. Rather, it is most often a telephone, letter, glossy publication, or brochure offering free vacations, merchandise, investment opportunities, or services. Not all frauds involve the direct selling of goods to consumers. Some frauds target institutions or businesses.

These are examples of federal fraud crimes:

- Telemarketing fraud (telephone solicitation for phony goods or services)
- Mail fraud
- Health care and insurance fraud
- Pension and trust fund fraud
- Credit card and check fraud (including fraud by impersonation resulting from theft of mail or credit cards)
- Fraud related to securities, commodities, and other investments
- Banking fraud
- Embezzlement

2